UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                       Chapter 7

WOLVERINE TAXI LLC, *et al*.,                                Case No.: 17-45660 (CEC)
                                                             (Jointly Administered)

               Debtors.

---------------------------------------------------------------x

In re:                                                       Chapter 7

PANDA TAXI LLC, *et al*.,                                    Case No.: 17-45681 (CEC)
                                                             (Jointly Administered)

               Debtors.

---------------------------------------------------------------x

In re:                                                       Chapter 7

WRESTLER TAXI LLC, *et al*.,                                 Case No.: 17-45700 (CEC)
                                                             (Jointly Administered)

               Debtors.

---------------------------------------------------------------x

In re:                                                       Chapter 7

BROWNIE TAXI LLC, *et al*.,                                  Case No.: 17-45732 (CEC)
                                                             (Jointly Administered)

               Debtors.

---------------------------------------------------------------x

In re:                                                       Chapter 7

KABBALAH TAXI INC., *et al*.,                                Case No.: 17-45743 (CEC)
                                                             (Jointly Administered)

               Debtors.

---------------------------------------------------------------x

In re:                                                       Chapter 7

SNOWBALL TAXI INC., *et al*.,                                Case No.: 17-45757 (CEC)
                                                             (Jointly Administered)

               Debtors.

---------------------------------------------------------------x

**ORDER DIRECTING EVGENY FREIDMAN TO TURN OVER OF PROPERTY OF
THE DEBTORS' ESTATES AND FOR RELATED RELIEF**

Upon the application (the "<u>Application</u>")[1] of Gregory Messer, the interim Chapter 7 Trustee (the "<u>Trustee</u>") of the jointly administered estates of Wolverine Taxi LLC, et al., Panda Taxi LLC, *et al.*, Wrestler Taxi LLC, *et al.*, Brownie Taxi LLC, *et al.*, Kabbalah Taxi Inc., *et al.*, and Snowball Taxi Inc., *et al.* (collectively the "<u>Debtors</u>"), by his counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of Order(s): (a) Scheduling a Hearing on Shortened Notice and directing Evgeny Freidman, ("<u>Freidman</u>") to appear at such hearing in person; and (b) Compelling Freidman or any other person in possession or control to turn over the Medallions, Taxi Vehicles and related equipment, titles to the Taxi Vehicles and any funds earned during the operation of the Debtors' Medallions and Taxi Vehicles from January 8, 2018 (the Conversion Date) until Freidman ceased operations to the Trustee; and upon the Memorandum of Law in Support of the Application submitted contemporaneously therewith; and upon the Trustee's Affidavit in Support of the Application submitted contemporaneously therewith; and upon the Affirmation of Gary F. Herbst Pursuant to Local Bankruptcy Rule 9077-1 submitted contemporaneously therewith; and upon the Court entering an Order on January 23, 2018 Scheduling a hearing on <u>Monday, January 29, 2018 at 2:00 p.m.</u> to consider the Motion (the "<u>Order</u>"); and upon the Court entering a Supplemental Order on January 29, 2018 rescheduling the hearing on the Application to <u>Tuesday, January 30, 2018 at 2:00 p.m.</u> (the "<u>Hearing</u>"); and upon the Hearing held on January 30, 2018, the record of which is incorporated herein by reference; now, therefore, it is hereby

**ORDERED**, that, barring any unforeseen issues, Freidman is directed to turn over the remaining Taxi Vehicles and Medallions to the Trustee by the close of business on ~~Tuesday~~ ***Wednesday***, February ~~6~~ *7*, 2018 *(CEC)*; and, it is further,

---

[1] Capitalized terms not otherwise defined herein shall have the definition ascribed to them in the Trustee's Affidavit.

**ORDERED**, that, to the extent not already done, Freidman is directed to turn over any remaining titles for the Taxi Vehicles that are in his possession to the Trustee by the close of business on ~~Tuesday~~ *Wednesday*, February ~~6~~ *7*, 2018 *(CEC)*; and, it is further,

**ORDERED**, that Freidman shall email or call the Trustee's representatives and advise which Taxi Vehicles with the Medallions affixed are ready for pickup and their location; and, it is further,

**ORDERED**, that the Trustee's representatives shall retrieve the Taxi Vehicles with the Medallions affixed upon receiving the list of Taxi Vehicles and Medallions and their location; and, it is further,

**ORDERED**, that upon the surrender, Freidman is directed to provide the Trustee with the receipts from the surrender of the Rate Cards to the TLC or to provide the Rate Cards to the Trustee: and, it is further,

**ORDERED**, that the Court shall use ~~Monday, February 5, 2018 at 2:00 p.m.~~ ***Thursday, February 8, 2018 at 4:00 p.m. (CEC)*** as a holding date for a continued hearing on the Application; and, it is further,

**ORDERED**, that the Trustee is authorized and directed to take such steps, execute such documents and expend such funds, including, but not limited to, any towing and storage fees for the Taxi Vehicles and Medallions and any TLC renewal fees of the Medallions, as may be reasonably necessary to effectuate and implement the terms and conditions of this Order.



**Dated: Brooklyn, New York**
**February 6, 2018**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**